```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**DONALD L. JARRELL**

      **Plaintiff**

**v.**                               **Civil Action No.: 2:04-0814**

**JO ANNE BARNHART,**
**Commissioner of**
**Social Security,**

      **Defendant**

## O R D E R

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Mary E. Stanley, entered on August 2, 2005; and the magistrate judge having recommended that the court grant plaintiff's motion for judgment on the pleadings to the extent that it seeks remand to the Commissioner for further proceedings and otherwise deny it; and the magistrate judge having further recommended that the court deny defendant's motion for judgment on the pleadings, reverse the final decision of the Commissioner, remand the case to the Commissioner and dismiss this matter from the court's docket; and no objection having been filed to the proposed findings and

recommendation, it is ORDERED that:

1. The findings made in the Proposed Findings and Recommendation of the magistrate judge be, and the same hereby are, adopted by the court;

2. The plaintiff's motion for judgment on the pleadings be, and it hereby is, granted only insofar as it requests remand to the Commissioner for further proceedings and plaintiff's motion is otherwise denied;

3. The defendant's motion for judgment on the pleadings be, and it hereby is, denied; and

4. The decision of the Commissioner be, and the same hereby is, reversed and this cause is remanded to the Commissioner for further proceedings pursuant to the fourth sentence of 42 U.S.C.A. § 405(g), which proceedings shall include a consideration of the limitations that claimant can perform only simple, routine tasks that do not require sustained concentration, that he cannot work around hazards such as heights and/or moving or dangerous machinery, that he has the ability to tolerate only low to medium levels of stress, and as otherwise more fully set forth in the magistrate judge's proposed findings and recommendation.

The Clerk is directed to forward certified copies of this order to all counsel of record and the United States Magistrate Judge.

DATED: August 23, 2005

John T. Copenhaver, Jr.
United States District Judge